UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Carpenters District Council of Greater, ) <br> St. Louis and Vicinity et al. ) <br>     Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> Osterhage Contracting Incorporated, ) <br> ) <br>     Defendant. ) | Case No. 4:11 CV 00493 JCH |

## **ORDER**

Upon review of the Court file, the Court notes that there has been no activity in this action since the filing of the return of proof of service upon defendant Osterhage Contracting Incorporated on April 7, 2011, showing service upon this defendant on March 23, 2011 with defendant's answer due April 13, 2011.

**IT IS HEREBY ORDERED** that plaintiffs shall, within fourteen (14) days of the date of this order, file appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

Failure to comply with this order may result in dismissal without prejudice.

Dated this 15th day of April , 2011.

                                                        /s/ Jean C. Hamilton
                                                        UNITED STATES DISTRICT JUDGE