UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS' DISTRICT COUNCIL OF GREATER ST. LOUIS AND VICINITY, et al., | ) ) ) | |
| Plaintiff(s), | ) ) | |
| vs. | ) ) | Case No. 4:11CV493 JCH |
| OSTERHAGE CONTRACTING INCORPORATED, | ) ) ) ) | |
| Defendant(s). | ) | |

**ORDER**

This matter is before the Court on Plaintiffs' Motion for Contempt, filed December 29, 2011. (ECF No. 26). By way of background, on December 7, 2011, this Court granted Plaintiffs' request for an order compelling Defendant Osterhage Contracting Incorporated to submit to a deposition on December 27, 2011. In their Motion for Contempt, Plaintiffs assert that Defendant neither appeared at the deposition nor otherwise contacted Plaintiffs' counsel. Plaintiffs therefore move this Court for an Order of Contempt against Defendant Osterhage Contracting Incorporated.

Upon consideration, the Court will hold a hearing on Plaintiffs' Motion for Contempt on **Wednesday, February 22, 2012**, at **11:00 a.m.** in the courtroom of the undersigned. At that time, Defendant Osterhage Contracting Incorporated will be expected to show cause why it should not be held in contempt of Court.

Accordingly,

**IT IS HEREBY ORDERED** that a hearing on Plaintiffs' Motion for Contempt (ECF No. 26) will be held on **Wednesday, February 22, 2012**, at **11:00 a.m.** in the courtroom of the

undersigned.  Defendant Osterhage Contracting Incorporated's failure to attend such hearing may result in it being held in contempt of Court.

      **IT IS FURTHER ORDERED** that this Order shall be served on Osterhage Contracting Incorporated, 5871 Sportsman Road, Waterloo, IL, 62298.


Dated this 30th day of December, 2011.


      /s/Jean C. Hamilton
      UNITED STATES DISTRICT JUDGE